**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward Jerome BUTLER,
Defendant–Appellant.**

No. 06–40532
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

James O. Jenkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Bryan Sperry Laine, Beaumont, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Appointed counsel for Edward Jerome Butler has moved for leave to withdraw

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Butler has filed a response, in which he raises claims of ineffective assistance of trial counsel. We conclude that the record is insufficiently developed to allow consideration on direct appeal of Butler's claims of ineffective assistance of counsel. *See United States v. Brewster,* 137 F.3d 853, 859 (5th Cir.1998).

Our independent review of counsel's brief, Butler's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss the appeal is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.